EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2017 TSPR 95 |
| | 198 DPR ____ |
| José A. Alicea Martínez | |

Número del Caso: TS-14,567

Fecha: 5 de junio de 2017

Abogado de la Peticionaria:

      Lcdo. Juan C. Rivera Rodríguez

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte* José A. Alicea Martínez          TS-14,567

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de junio de 2017.

Atendida la solicitud de reinstalación presentada por el Lcdo. José A. Alicea Martínez el 24 de mayo de 2017, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez ordenaría al señor José A. Alicea Martínez a tomar un curso de reválida previo a su readmisión a la profesión de la abogacía.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo